# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

               Plaintiff,

                                     Crim. No. 08-320 (RHK)
                                     **ORDER**

v.

Larry Reynolds,

               Defendant.

---

The Government having moved for a Preliminary Order of Forfeiture in this matter (Doc. No. 41), **IT IS ORDERED** as follows:

1. Defendant shall serve and file his response to the Motion on or before August 27, 2010; and

2. The Government may serve and file a Reply in support of its Motion, if any, on or before September 3, 2010.

Dated: August 16, 2010                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge