# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

                          Crim. No. 08-320 (RHK)
                          **ORDER**

v.

Larry Reynolds,

        Defendant.

The Government having moved for a Second Preliminary Order of Forfeiture in this matter (Doc. No. 62), **IT IS ORDERED** as follows:

1. Defendant shall serve and file his response to the Motion on or before October 25, 2010; and

2. The Government may serve and file a Reply in support of its Motion, if any, on or before November 3, 2010.

Dated: October 14, 2010                                         s/Richard H. Kyle
                                                                 RICHARD H. KYLE
                                                                  United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

           Crim. No. 08-320 (RHK)
           **ORDER**

v.

Larry Reynolds,

      Defendant.

---

The Government having moved for a Second Preliminary Order of Forfeiture in this matter (Doc. No. 62), **IT IS ORDERED** as follows:

  1.  Defendant shall serve and file his response to the Motion on or before October 25, 2010; and

  2.  The Government may serve and file a Reply in support of its Motion, if any, on or before November 3, 2010.


Dated: October 14, 2010           s/Richard H. Kyle
                    RICHARD H. KYLE
                    United States District Judge