UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

                        Plaintiff,

                                              Crim. No. 08-320 (RHK)
                                              **SECOND PRELIMINARY**
                                              **ORDER OF FORFEITURE**

v.

Larry Reynolds,

                        Defendant.

      The Government has moved for a Second Preliminary Order of Forfeiture against the Defendant, and Defendant has informed the Court that he does not intend to oppose the Motion. Based on the foregoing, Defendant's plea of guilty to Count 1 of the Information, the Court's Preliminary Order of Forfeiture (Doc. No. 48), and all the files, records, and proceedings herein, including the information and arguments contained in the Government's Motion and supporting documents and the Court's finding that certain property is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1), **IT IS ORDERED** as follows:

      1.     The Government's Motion for Second Preliminary Order of Forfeiture (Doc. No. 62) is **GRANTED**;

      2.     Defendant Larry Reynolds shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), the following specific property:

a. Nationwide International Resources Bank Account #771076939, originally held at First Regional Bank, with the remaining balance of $200,434.04 and subsequently transferred to the Defendant's receivership account controlled by Court-appointed Receiver Doug Kelley on or about December 4, 2008;

b. The real property at 8445 Franklin Avenue, Los Angeles, CA, which remains un-liquidated but is currently under the protection and control of the Court-appointed Receiver;

c. The real property at 15 Castle Oaks Court, Las Vegas, NV, and any and all escrowed proceeds from the sale of the same, which was sold by the Court-appointed Receiver in or about June 2010. Such escrowed proceeds of the sale of this real property are being held in an account controlled by the Court-appointed Receiver at Wells Fargo Bank, account number 9345-902887;

d. The 2007 Bentley, VIN SCBDR33W77C0506, and any and all proceeds from the sale of the same. This vehicle was sold by the Court-appointed Receiver together with the Ferrari described in the following subparagraph, with the combined proceeds of $225,000 deposited into the Defendant's receivership account; and

e. The 2002 Ferrari, VIN ZFFYT53AX2012707, and any and all proceeds from the sale of the same. This vehicle was sold by the Court-appointed Receiver together with the Bentley described in the preceding subparagraph, with the combined proceeds of $225,000 deposited into the Defendant's receivership account;

3. The United States may seize the foregoing property and maintain custody and control thereof pending the entry of a Final Order of Forfeiture;

4. The United States shall, pursuant to 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), and Fed. R. Crim. P. 32.2(e), this Second Preliminary Order of Forfeiture is final as to the Defendant at the time it is issued;

6. Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferree; and

7. The provisions of the Court's previous Preliminary Order of Forfeiture (Doc. No. 48) remain in effect, and this Court shall retain jurisdiction to enforce this Order and its prior Order (Doc. No. 48), and to amend them as necessary pursuant to Fed. R. Crim. P. 32.2(e) to forfeit any subsequently discovered directly forfeitable or substitute property, and to dispose of any third-party claims.

Dated: October 15, 2010          s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge