**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

United States of America,

                Plaintiff,

                                              Crim. No. 08-320 (RHK)
                                              **ORDER**

v.

Larry Reynolds*,*

                Defendant.

---

      Antoinette Reynolds having filed a Petition asserting an interest in certain property subject to forfeiture in this action, **IT IS ORDERED** that the Government shall serve and file a response to the Petition on or before December 3, 2010.

Dated: November 17, 2010                                        s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                            United States District Judge