# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

           Plaintiff,

v.

LARRY REYNOLDS,

           Defendant,

ANTOINETTE REYNOLDS,

           Forfeiture Petitioner.

Criminal No. 08-320 (RHK)

**ORDER RELEASING
APPEARANCE BOND AND
SHORT FORM DEED OF TRUST
AND ASSIGNMENT OF RENTS**

Based on the Motion of the United States of America to release the Appearance Bond, and Short Form Deed of Trust and Assignment of Rents and all the files and records herein, **IT IS HEREBY ORDERED**:

1.  The United States' Motion to Release the Appearance Bond and Short Form Deed of Trust and Assignment of Rents (Doc. No. 101) is **GRANTED**; and

2.  The Appearance Bond and Short Form Deed of Trust and Assignment of Rents identified as Docket Nos. 12 and 13 are hereby **RELEASED**.

Dated:  July 11, 2012

           s/Richard H. Kyle
           RICHARD H. KYLE
           United States District Judge